June 10, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ADVANCED PERSONAL CARE, LLC, Appellant

NO. 14-13-00251-CV                    V.

JACQUELYN CHURCHILL, EVERETT CHURCHILL AND JED, INC.,
Appellees

_____

This cause, an appeal from the judgment signed January 23, 2013 in favor of appellees Jacquelyn Churchill, Everett Churchill, and JED, Inc., was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid jointly and severally by appellees, Jacquelyn Churchill, Everett Churchill, and JED, Inc.

We further order this decision certified below for observance.